# Exhibit L

April 24, 2019 Letter from U.S. Department of State to Jonathan D. Gregg and James Derek Mize re: S.M.-G.



*Embassy of the United States of America*

Passport & Citizenship Unit
33 Nine Elms Lane
London SW11 7US

April 24, 2019

Dear Mr. Gregg and Mr. Mize,

This letter is in reference to the Consular Report of Birth Abroad application submitted at the U.S. Embassy, London, on April 24, 2019, regarding the possible claim to United States citizenship of ███████████████ born on ████████ in the United Kingdom.

In order for your child to have acquired United States citizenship at birth, the biological U.S. citizen parent(s) would have had to have fulfilled the relevant requirements of the Immigration and Nationality Act (INA) as made applicable to your circumstances. Please see our website for further information: https://uk.usembassy.gov/u-s-citizen-services/birth/transition-requirements/.

The requirements relevant to your circumstances are as follows:

- At least one of the biological parents was a U.S. citizen at time of child's birth;
- The biological U.S. citizen parent(s) is able to show evidence that they meet the physical presence requirements of Section 301(g) of the INA;
- A blood relationship between the child and the father is established;
- The biological father (unless deceased) has agreed in writing to provide financial support for the child until the child reaches the age of 18 years;
- While the child is under 18 years i) child is legitimated; or, ii) father acknowledges paternity; or, iii) paternity established by court adjudication.

In view of the above, it does not appear that your child has a claim to U.S. citizenship. It has been determined that based on the information provided on your DS-2029, the biological U.S. citizen parent was not physically present in the United States for five years prior to the child's birth, at least two years of which were after the parent reached the age of fourteen, as required under the provisions of section 301(g) of the Immigration and Nationality Act. Therefore, your child's application is denied.

If you require additional information, you may contact the U.S. Citizenship and Immigration Services (USCIS) regarding your child's citizenship status. Their website is www.uscis.gov.

Any original supporting documents submitted as part of the application are enclosed. By law, the application fees are non-refundable.

Sincerely,