# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-03331-MLB
## Mize et al v. Pompeo et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/14/2020.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:15 P.M.         COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:10                    DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tara Borelli representing James Derek Mize |
| | Tara Borelli representing Jonathan Daniel Gregg |
| | Omar Gonzalez-Pagan representing James Derek Mize |
| | Omar Gonzalez-Pagan representing Jonathan Daniel Gregg |
| | Susan Manning representing James Derek Mize |
| | Susan Manning representing Jonathan Daniel Gregg |
| | Aaron Morris representing James Derek Mize |
| | Aaron Morris representing Jonathan Daniel Gregg |
| | John Polito representing James Derek Mize |
| | John Polito representing Jonathan Daniel Gregg |
| | ** Kuntal Cholera representing The U.S. Department of State and Michael R. Pompeo |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| MINUTE TEXT: | Scheduling conference held. The hearing was conducted via videoconference (Zoom technology). A hearing is set on Defendants' [32] Motion to Dismiss and Plaintiffs' [44] Motion for Partial Summary Judgment for 5/26/2020 at 10:00 AM via videoconference. |
| HEARING STATUS: | Hearing Concluded |