# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-03331-MLB
## Mize et al v. Pompeo et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/26/2020.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 12:00 P.M.      COURT REPORTER: Jana B. Colter
TIME IN COURT: 1:40                    DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tara Borelli representing James Derek Mize
Tara Borelli representing Jonathan Daniel Gregg
Omar Gonzalez-Pagan representing James Derek Mize
Omar Gonzalez-Pagan representing Jonathan Daniel Gregg
Karen Loewy representing James Derek Mize
Karen Loewy representing Jonathan Daniel Gregg
Susan Manning representing James Derek Mize
Susan Manning representing Jonathan Daniel Gregg
Aaron Morris representing James Derek Mize
Aaron Morris representing Jonathan Daniel Gregg
John Polito representing James Derek Mize
John Polito representing Jonathan Daniel Gregg
** Kuntal Cholera representing The U.S. Department of State and Michael R. Pompeo |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Oral arguments held on Defendants' [32] Motion to Dismiss and Plaintiffs' [44] Motion for Partial Summary. Hearing held via video conference (Zoom technology). A written order will be issued. |
| HEARING STATUS: | Hearing Concluded |