# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-03331-MLB
## Mize et al v. Pompeo et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/29/2020.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:15 A.M.   COURT REPORTER: Jana B. Colter
TIME IN COURT: 1:10   DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tara Borelli representing James Derek Mize
Tara Borelli representing Jonathan Daniel Gregg
Kuntal Cholera representing The U.S. Department of State
Kuntal Cholera representing Michael R. Pompeo
Omar Gonzalez-Pagan representing James Derek Mize
Omar Gonzalez-Pagan representing Jonathan Daniel Gregg
Susan Manning representing James Derek Mize
Susan Manning representing Jonathan Daniel Gregg
Aaron Morris representing James Derek Mize
Aaron Morris representing Jonathan Daniel Gregg
John Polito representing James Derek Mize
John Polito representing Jonathan Daniel Gregg |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Oral arguments held via video conference (Zoom) regarding Defendants' [63] Motion to Dismiss for Lack of Subject-Matter Jurisdiction. A written order will be issued. |
| HEARING STATUS: | Hearing Concluded |