UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| James Derek Mize, Jonathan Daniel Gregg, individually and on behalf of S.M.-G<br><br>        Plaintiff,<br><br>vs.<br><br>Michael R. Pompeo, The U.S. Department of State,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-3331-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L Brown, United States District Judge, for consideration of defendants' Motions to Dismiss, and Plaintiffs' Motion for Partial Summary Judgment and the court having ruled on said motions, it is

**Ordered and Adjudged** that the Court declares S.M.-G. is a United States citizen by birth pursuant to 8 U.S.C. § 1401(c) and directs the defendants to issue a United States passport to S.M.-G.

Dated at Atlanta, Georgia, this 27th day of August, 2020.

                              JAMES N. HATTEN
                              CLERK OF COURT

                By:   s/D. Burkhalter
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 27, 2020
James N. Hatten
Clerk of Court

By:   s/D. Burkhalter
       Deputy Clerk